# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NELSON BOBADILLA, SANDRA GUTIERREZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-666-Orl-28DAB**

**AURORA LOAN SERVICES, LLC, FANNIE MAE, DOES A THRU Z,**

        **Defendants.**

_____

# ORDER

This case is before the Court on review of Plaintiffs' response (Doc. No. 29) to the Court's Order to Show Cause (Doc. No. 28) why this case should not be dismissed for lack of standing. The United States Magistrate Judge has submitted a report recommending that this case be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' Objection to the Report and Recommendation (Doc. No. 32), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 4, 2011 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed.

3. All pending motions are **DENIED as moot.**

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22nd day of September, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party